AO-10 (WP)
Rev. 1/2005

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHANSTROM, JACK D. | U.S. COURTS U.S. DISTRICT COURT | 05/12/05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial XX Annual ___ Final | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | | 01/01/04 through 12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 985 Billings, MT 59103 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| Self | Public Employees Retirement Systems | $ 46,443.12 |
| Self | Civil Service | $ 15,360.00 |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| Spouse | Teacher's Retirement System | |
| Spouse | Social Security Retirement | |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 17 P 12: 36
RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/12/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **XX** 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **XX** 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **XX** 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/12/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Single dwelling, rental Livingston, Park Co., MT pur. Feb. 1972 | C | rent | K | S | (Assessed value of $24,800.00) | | | | |
| 2 Single dwelling, rental Livingston, Park Co., MT pur. July 1973 | C | rent | K | S | (Assessed value of $27,500.00) | | | | |
| 3 Single dwelling, rental, Livingston, Park Co., MT pur. July 1973 | C | rent | K | S | (Assessed value of $24,000.00) | | | | |
| 4 Single dwelling, rental Livingston, Park Co., MT pur. 1979 | C | rent | K | S | (Assessed value of $34,700.00) | | | | |
| 5 Duplex, rental, Livingston, Park Co., MT, pur 1975 | D | rent | K | S | (Assessed value of $32,198.00) | | | | |
| 6 Single dwelling, rental, Livingston, Park Co., MT pur. 1977 | C | rent | K | S | (Assessed value of $19,600.00) | | | | |
| 7 Single dwelling, rental, Livingston, Park Co., MT pur. 1979 | C | rent | K | S | (Assessed value of $25,600.00) | | | | |
| 8 Duplex, rental. Livingston, Park Co., MT pur. 1979 | D | rent | K | S | (Assessed value of $34,325.00) | | | | |
| 9 Boeing Co. stock shares self | A | div | J | T | | | | | |
| 10 EFBC stock shares self | A | div | J | T | | | | | |
| 11 3Com Corp. stock shares self | A | div | | | Sold 12-4-04 | | J | Loss | |
| 12 Hewlett Packard shares, self | A | div | J | T | | | | | |
| 13 Computer Associates shares, self | A | div | J | T | | | | | |
| 14 Dell Computer stock shares, self | A | div | J | T | | | | | |
| 15 Cisco Systems stock shares, self | A | div | J | T | | | | | |
| 16 Microsoft stock shares, self | A | div | J | T | | | | | |
| 17 Southwest Airlines stock shares, self | A | div | | | Sold 12-31-04 | | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| Target Corp. stock shares, self | | | | | | | | | |
| McDonalds Corp. stock self | | | | | | | | | |
| Appl Computer stock self | | | | | 12-02-04 | | J | C | |
| | | | | | | | | | |
| ( ) | | | | T | | | | | |
| (self) | A | div | J | T | | | | | |
| Siti-Sites stock, IRA (self) | A | div | J | T | | | | | |
| AT&T stock, IRA (self) (AT&T Corp.) | A | div | J | T | | | | | |
| AT&T Wireless stock, IRA (self) | A | div | J | T | | | | | |
| Health & Retirement stock, IRA (self) | A | div | J | T | | | | | |
| Hewlett Packard stock IRA, self | A | div | J | T | | | | | |
| Wal-Mart stock, IRA, self | A | div | J | T | | | | | |
| World-Com stock, IRA, self | A | div | J | T | | | | | |
| Global Crossing stock, IRA, self | A | div | J | T | | | | | |
| Cisco Systems stock IRA, self | A | div | J | T | | | | | |
| Five Star Quality stock, IRA, self | A | div | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Ambase Corp., stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 35 Costco stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 36 Siti-Sites stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 37 Ford Motor stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 38 Health & Retirement stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 39 Motorola stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 40 Empire Fed. Bancorp stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 41 Touch America stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 42 Cisco Systems stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 43 GE stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 44 Hewlett Packard stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 45 Five Star Quality stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 46 Visteon Corp. stock, IRA, ▮▮▮ | A | div | J | T | | | | | |
| 47 NOTE: ITEMS 22-46 ARE AN IRA AT D.A. DAVIDSON, BILLINGS, MONTANA, FOR ▮▮▮ | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHANSTROM, JACK D. | 05/12/05 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

---

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatur[redacted]                                    Date  5/12/05

NOTE[redacted]NDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJ[redacted]CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544